FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

MAR 11 2014

JAMES N. HATTEN, Clerk
By: Don Sfalque /Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH R. SCARBROUGH,<br>    Plaintiff,<br>v.<br><br>FRESH 'N FIT CUISINE, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:<br><br>No. 13-CV-275-WCO |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT

The Parties have filed a Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act. Upon due consideration, the Court is of the opinion that the settlement should be **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute concerning the Fair Labor Standards Act. It is, therefore, **ORDERED** that the Parties' Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act is **GRANTED**.

Accordingly, the Court approves the settlement of the Parties, and dismisses this action with prejudice.

IT IS SO ORDERED, THIS 11th DAY OF March, 2014.

_____
The Honorable William C. O'Kelley
Senior United States District Judge